ALVERSON, TAYLOR, MORTENSEN & SANDERS
DAVID J. MORTENSEN, ESQ.
Nevada Bar No. 002547
CHELSEA R. HUETH, ESQ.
Nevada Bar No. 010904
7401 West Charleston Boulevard
Las Vegas, NV 89117-1401
Telephone: (702) 384-7000
Fax: (702) 385-7000
E-Mail: efile@alversontaylor.com
Attorneys for DEFENDANTS
    Gary R. Nagle and
    Gary R. Nagle, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JASON L. LOPEZ,<br><br>    Plaintiffs,<br><br>vs.<br><br>GARY R. NAGLE and GARY R. NAGLE, INC.<br><br>    Defendants. | CASE NO. 2:12-cv-00661-APG-NJK<br><br>O R D E R |

### JOINT STATUS REPORT

COME NOW, Plaintiff JASON LOPEZ and Defendants GARY R. NAGLE and GARY R. NAGLE, INC., by and through their respective counsels of record, and hereby submit to this Court a Joint Status Report pursuant to the October 7, 2013 Order.

I.

### STATUS OF THE ACTON

By stipulation filed on August 8, 2013, the Court was notified that the parties had reached a settlement and requested a 30 day stay of the proceedings. Although the parties had been

1

diligently working towards a resolution during the initial stay of the proceedings, additional time was necessary to finalize an agreement. In light of this, the Court graciously granted the requested extensions.[1] On October 7, 2013, this Court ordered that the parties file the appropriate dismissal papers or a status report on or before October 15, 2013. During the two-week extension granted by this court, both parties have had an opportunity to make proposed revisions to the settlement agreement to ensure it complies with the verbal agreement that was reached between the parties at private mediation. At this time, the parties are simply working towards merging the proposed revisions and memorialize the agreement in written form. With the parties now having had an opportunity to make proposed revisions, a finalized settlement agreement is nearly complete. Therefore, the parties respectfully request an extension until October 29, 2013 be granted to finalize the agreement and file the appropriate dismissal papers with the Court.

## II.

## STIPULATION TO STAY PROCEEDINGS

Pursuant to the Court's Local Rule 7-1, the parties respectfully request that the Court stay all proceedings in this case for an additional 14 days. In support of this request, the parties hereby advise the Court of the following:

1. After participating in a private mediation session on August 2, 2013, the parties had reached an agreement that will obviate the need for further litigation.

2. Good cause exists for the instant request as the parties are still in the process of finalizing their agreement into written form. The parties believe that staying the proceedings until October 29, 2013 will enable them to complete all steps necessary to finalize their agreement to resolve the issues giving rise to this litigation.

---

[1] See Pacer No. 48, 52.

#19959 – DJM:ab

3. Should the Court approve this stipulation, the parties anticipate filing a stipulation to dismiss this civil action on or before October 29, 2013.

In light of the foregoing, in the interest of judicial economy and in order to conserve litigation costs, the parties respectfully request that the Court approve this stipulation.

DATED this 15 day of October, 2013.

DATED this 15th day of October, 2013.

ALVERSON, TAYLOR, MORTENSEN & SANDERS

COHEN & PADDA, LLP

/s/ David B. for #12706
DAVID J. MORTENSEN, ESQ.
Nevada Bar No. 002547
CHELSEA R. HUETH, ESQ.
Nevada Bar No. 010904
7401 West Charleston Boulevard
Las Vegas, NV 89117-1401
Telephone: (702) 384-7000
Fax: (702) 385-7000
E-Mail: efile@alversontaylor.com
Attorneys for DEFENDANTS
    Gary R. Nagle and
    Gary R. Nagle, Inc.

/s/ Paul S. Padda
RUTH L. COHEN, ESQ.
Nevada Bar No. 001782
PAUL S. PADDA, ESQ.
Nevada Bar No. 010417
4240 West Flamingo Road, #220
Las Vegas, NV 89103
Telephone: 702-366-1888
Fax: 702-366-1940
E:Mail: rcohen@caplawyers.com
E-Mail: ppadda@caplawyers.com
Attorneys for PLAINTIFF
    Jason L. Lopez

**IT IS SO ORDERED:**
Based upon the representations contained in the stipulation, the request to permit the parties until October 29, 2013 to file appropriate papers dismissing this action based upon a settlement agreement is hereby approved.

_____
**UNITED STATES DISTRICT JUDGE**

Dated: October 15, 2013

n:\david.grp\clients\19959\pleadings\joint status report

3

#19959 – DJM:ab