ALVERSON, TAYLOR, MORTENSEN & SANDERS
DAVID J. MORTENSEN, ESQ.
Nevada Bar No. 002547
CHELSEA R. HUETH, ESQ.
Nevada Bar No. 010904
7401 West Charleston Boulevard
Las Vegas, NV 89117-1401
Telephone: (702) 384-7000
Fax: (702) 385-7000
E-Mail: efile@alversontaylor.com
Attorneys for DEFENDANTS
    Gary R. Nagle and
    Gary R. Nagle, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JASON L. LOPEZ,<br><br>    Plaintiffs,<br><br>vs.<br><br>GARY R. NAGLE and GARY R. NAGLE, INC.<br><br>    Defendants. | CASE NO. 2:12-cv-00661-APG-NJK |

## STATUS REPORT

COME NOW, Defendants GARY R. NAGLE and GARY R. NAGLE, INC., by and through their counsel of record, Alverson, Taylor, Mortensen & Sanders, and hereby submit a Status Report regarding the parties' ongoing efforts to effectuate dismissal of this action.

### I.

### STATUS OF THE ACTON

On October 15, 2013, this Court approved a short extension to file the necessary dismissal documents on or before October 29, 2013. The parties are still working to finalize the agreement. Upon completion of the same, Defendants are prepared to exchange the necessary

1

#19959 – DJM:sm

documents and file the appropriate dismissal documents with the court. On October 27, 2013, Defense counsel received email correspondence from Plaintiff's counsel requesting additional revisions to the settlement agreement. Plaintiff's counsel also indicated that the parties would likely need a short extension to finalize the agreement. On October 29, 2013, Defense counsel sent Plaintiff's counsel a status report reflecting the parties' efforts to finalize dismissal of this matter. Defense counsel also called Plaintiff's counsel in an effort to file the instant Status Report jointly, but as of the time of filing, did not receive a response.

Therefore, Defendants respectfully request an extension until November 1, 2013 be granted to finalize the agreement and file the appropriate dismissal papers with the Court.

## II.

## STIPULATION TO STAY PROCEEDINGS

Pursuant to Local Rule 7-1, Defendants respectfully request that the Court stay all proceedings in this case until November 1, 2013. In support of this request, the parties hereby advise the Court of the following:

1. After participating in a private mediation session on August 2, 2013, the parties had reached an agreement that will obviate the need for further litigation.

2. Good cause exists for the instant request as the parties are still in the process of finalizing their agreement into written form. Defendants believe that staying the proceedings until November 1, 2013 will enable the parties to finalize the appropriate documents dismissing this litigation.

///
///
///
///

2

#19959 – DJM:sm

3. Should the Court approve this request, Defendants anticipate filing a stipulation to dismiss this civil action on or before November 1, 2013.

In light of the foregoing, in the interest of judicial economy and in order to conserve litigation costs, Defendants respectfully request that the Court approve this request.

DATED this 29th day of October, 2013.

ALVERSON, TAYLOR,
MORTENSEN & SANDERS

_____
DAVID J. MORTENSEN, ESQ.
Nevada Bar No. 002547
CHELSEA R. HUETH, ESQ.
Nevada Bar No. 010904
7401 West Charleston Boulevard
Las Vegas, NV 89117-1401
Telephone: (702) 384-7000
Fax: (702) 385-7000
E-Mail: efile@alversontaylor.com
Attorneys for DEFENDANTS
  Gary R. Nagle and
  Gary R. Nagle, Inc.

IT IS SO ORDERED:

Based upon the representations contained in this request, the request to permit the parties until November 1, 2013 to file appropriate papers dismissing this action based upon a settlement agreement is hereby approved.

_____
UNITED STATES DISTRICT JUDGE

Dated: October __30__, 2013

3

#19959 – DJM:sm