1  Ruth L. Cohen, Esq. (NV Bar 1782)
   Email: rcohen@caplawyers.com
2  Paul S. Padda, Esq. (NV Bar 10417)
   Email: ppadda@caplawyers.com
3  COHEN & PADDA, LLP
   4240 West Flamingo Road, Suite 220
4  Las Vegas, Nevada 89103
   Tele: (702) 366-1888
5  Fax: (702) 366-1940
   Web: caplawyers.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JASON L. LOPEZ,

    Plaintiff,           Case No. 2:12-cv-0661-APG-(NJK)

    v.

GARY R. NAGLE,
GARY R. NAGLE, INC.,

    Defendants.

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby stipulates to voluntary dismissal (with prejudice) of this civil action. The parties to this stipulation further agree that each party shall bear its own attorney's fees and costs.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1  The parties respectfully request that the Court approve this stipulation.

2                                                                          Respectfully submitted,

3  /s/ *Chelsea Hueth*                                                     /s/ *Paul S. Padda*
   _____                                                 _____
4  David J. Mortensen, Esq.                                                Ruth L. Cohen, Esq.
   Chelsea Hueth, Esq.                                                     Paul S. Padda, Esq.
5  Alverson, Taylor, Mortensen & Sanders                                   Cohen & Padda, LLP
   Las Vegas, Nevada                                                       Las Vegas, Nevada

6  Dated: November 1, 2013                                                 Dated: November 1, 2013

7  Attorneys for Defendants                                                Attorneys for Plaintiff

                           **IT IS SO ORDERED:**

                           **The Court hereby approves the stipulation of voluntary dismissal filed by Plaintiff.  This matter is hereby dismissed, with prejudice, with each party to bear its own costs and attorney's fees.**

                           _____
                           **UNITED STATES DISTRICT JUDGE**

                           Dated: November __4__, 2013


                           CERTIFICATE OF SERVICE

      In compliance with the Court's Local Rules, the undersigned hereby certifies that on November 1, 2013, a copy of the foregoing document, "STIPULATION OF VOLUNTARY DISMISSAL" was served (via the Court's CM/ECF system) upon counsel of record for Defendants.

                                                                          /s/ *Paul S. Padda*
                                                                          _____
                                                                          Paul S. Padda, Esq.
                                                                          Cohen & Padda, LLP
                                                                          Las Vegas, Nevada