1  Ruth L. Cohen, Esq. (NV Bar 1782)
   Email: rcohen@caplawyers.com
2  Paul S. Padda, Esq. (NV Bar 10417)
   Email: ppadda@caplawyers.com
3  COHEN & PADDA, LLP
   4240 West Flamingo Road, Suite 220
4  Las Vegas, Nevada 89103
   Tele: (702) 366-1888
5  Fax: (702) 366-1940
   Web: caplawyers.com
6
   Attorneys for Plaintiff
7

# UNITED STATES DISTRICT COURT
8
# DISTRICT OF NEVADA
9

10   JASON L. LOPEZ,                    )
                                        )
11              Plaintiff,              )        Case No. 2:12-cv-0661-APG-(NJK)
                                        )
12        v.                            )
                                        )
13   GARY R. NAGLE,                     )
     GARY R. NAGLE, INC.,               )
14                                      )
                Defendants.             )
15   _____)

16
## STIPULATION OF VOLUNTARY DISMISSAL
17
        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby
18
stipulates to voluntary dismissal (with prejudice) of this civil action.  The parties to this
19
stipulation further agree that each party shall bear its own attorney's fees and costs.
20
.  .  .
21
.  .  .
22
.  .  .
23
.  .  .
24
.  .  .
25
.  .  .
26
.  .  .

1    The parties respectfully request that the Court approve this stipulation.

2                                                    Respectfully submitted,

3    /s/ Chelsea Hueth                               /s/ Paul S. Padda
     _____                     _____
4    David J. Mortensen, Esq.                         Ruth L. Cohen, Esq.
     Chelsea Hueth, Esq.                              Paul S. Padda, Esq.
5    Alverson, Taylor, Mortensen & Sanders            Cohen & Padda, LLP
     Las Vegas, Nevada                                Las Vegas, Nevada
6
     Dated: November 1, 2013                          Dated: November 1, 2013
7
     Attorneys for Defendants                         Attorneys for Plaintiff
8

9
                          **IT IS SO ORDERED:**
10
                          **The Court hereby approves the stipulation of**
11                        **voluntary dismissal filed by Plaintiff.  This matter**
                          **is hereby dismissed, with prejudice, with each**
12                        **party to bear its own costs and attorney's fees.**

13                        _____

14                        **UNITED STATES DISTRICT JUDGE**

15                        **Dated: November ____4___, 2013**

16

17                          CERTIFICATE OF SERVICE

18           In compliance with the Court's Local Rules, the undersigned hereby certifies that
     on November 1, 2013, a copy of the foregoing document, "STIPULATION OF
19   VOLUNTARY DISMISSAL" was served (via the Court's CM/ECF system) upon counsel
     of record for Defendants.
20

21                                                    /s/ Paul S. Padda

22                                                    _____
                                                      Paul S. Padda, Esq.
23                                                    Cohen & Padda, LLP
                                                      Las Vegas, Nevada
24

25

26                                    2